UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
JOSEPH MELO,                                                        :
:
:
            Plaintiff,                                              :
:              25-CV-7227 (JMF)
       -v-                                                          :
:                    ORDER
MUNICIPAL CREDIT UNION et al,                                       :
:
            Defendants.                                             :
:
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **September 11, 2025**, Defendant Municipal Credit Union was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 8. To date, Defendant has failed to appear in this action. No later than **October 14, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant Municipal Credit Union or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant Municipal Credit Union **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: October 6, 2025
       New York, New York
                                                          JESSE M. FURMAN
                                                       United States District Judge